UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

BEREAN BAPTIST CHURCH OF
ORANGE PARK, INC.,

Debtor.                                      Case No: 3:10-bk-4791

## OBJECTION TO DEBTOR'S CHAPTER 11 DISCLOSURE STATEMENT

First Bank, by its undersigned counsel, files its Objection To Debtor's Chapter 11 Disclosure Statement and states:

1. Berean Baptist Church of Orange Park, Inc. ("Berean") is a Florida not for profit corporation.

2. Berean filed a petition for relief under Chapter 11 of the Bankruptcy Code on June 2, 2010, within days of a Court ordered foreclosure sale of Church property.

3. First Bank holds a pre-petition lien to the real and personal property and a post petition lien to the cash collateral of Debtor.

4. Debtor's Disclosure Statement is grossly inadequate.

5. Debtor does not operate a business in the traditional sense. The largest portion of its income comes from charitable gifts by Church members. Its educational program (the school) is not self sustaining.

6. Debtor's Disclosure Statement fails to break out the income and expenses of the Church from the income and expenses of the School.

7. Debtor's Disclosure Statement fails to Disclose the status of its secured loan with First Bank - the existence of a Judgment, the arrearage on the mortgage, or whether any adequate

protection payments have been made to First Bank since the filing of the case.

8. Debtor's Disclosure Statement fails to contain a pro-forma, admittedly difficult to prepare for a non-business related Debtor, but nonetheless necessary for an "investor" to make an informed decision concerning the feasibility of any proposed plan.

9. Debtor's Disclosure Statement fails to disclose the monthly Church income and expenses from date of filing - basic information need to determine profitability and feasibility.

10. Debtor's Disclosure Statement is misleading. Under the "Liquidation Analysis" portion, Debtor provides the Chapter 7 liquidation scenario. If confirmation is denied. The Court's only recourse is dismissal of the case. The Court may not convert a not-for-profit corporation to Chapter 7. 11 U.S.C. §1112(c).

WHEREFORE, First Bank objects to Debtor's Chapter 11 Disclosure Statement as being inadequate and requests that the Court decline to approve the Disclosure Statement.

I hereby certify that I have furnished a true copy of the foregoing by electronic notification to Brad Markey Attorney for Debtor; Office of U.S. Trustee; those parties and attorneys who receive electronic notice via the Court's CM/ECF system and by U.S. mail, postage prepaid to Berean Baptist Church of Orange Park, Inc., 4459 U.S. Hwy 17 S, Fleming Island, FL 32003.

/s/ *Lance Paul Cohen*
Lance Paul Cohen, Esq.
Fla. Bar No: 283584
COHEN & THURSTON, P.A.
1723 Blanding Blvd., Suite 102
Jacksonville, FL 32210
904/388-6500
Fax 904/387-4192
Cohenthurston@cs.com
Attorney for First Bank